JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENIGNO GARCIA AGUILAR,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | No. CV 13-08307-VBK<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: July 18, 2014           /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE